Joseph J. Robbin v. Antonie Berenson-Chirkin et al.—

Present—Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *ante*, p. 552.]

Irma Berg v. Solomon Berg.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *ante*, p. 555.]

Samuel Greenberg, Respondent, v. Colonial Studios et al., Defendants, and Ian Woodner et al., Appellants.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See *ante*, p. 555.]

Fred Arnold v. Thomas A. Twomey et al.— Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 637.]

Benjamin Bernstein, as Receiver of the Property of Nathan Lieberman, Appellant, v. Nathan Lieberman et al., Defendants, and Isadore Fried et al., Respondents.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

## (November 28, 1951.)

N. R. M. Garage Corp. v. Morris Feig Garage Corp.—

Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag., JJ. [See *ante*, p. 126.]

## (November 29, 1951.)

(Republished.)

William A. Slater et al., as Trustees under the Will of William A. Slater, Deceased, et al., Appellants-Respondents, v. Gulf, Mobile and Ohio Railroad Company et al., Respondents-Appellants.—

Opinion by Dore, J., Glennon and Cohn, JJ., concur; Peck, P. J., and Callahan, J., dissent in part in dissenting opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 166; *post*, p. 790.]